Melanie C Latronica
514 13th. Street #2
Modesto, CA  95354
(209)529-1832

FILED
SEP 19 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
NORTERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

Melanie C Latronica, et all
**(chattels) (aka does inclusive I-V)**
    Plaintiff, Pro Se

Vs.

Martin O Halfhill, et all Hermesh Lee Sangha
Laura Reeder Westcal Management et all
Garrard Marsh et all county seat **NSA** Hollows
**Fred Martin** et all/Stanislaus & Contra Costa
County Board of Supervisors/Merrill Lynch et all
Royal Palms/Steven Smith et all Justin Lee Bartha

Case No **CV 14 4257**

-EXPIDITED REVIEW REQUESTED-

**Complaint: Chattel Mortgage,** Security Instrument, **Demised** Premises, Violation of **U.S. Constitution & Amendments,** Due Process Violation, **Deprivation** of Property, **Technical Judgment** without due process, **Capitol Punishment** without due process and Torture
*Demand for a Jury Trial*

1. **Jurisdiction:** The Federal Court San Francisco has Jurisdiction over this complaint because it arises under the Laws of the United States. **28 U.S. C 1331.** The U.S. Constitution and it's Amendments. **The Court can order a (Writ).**

2. **Venue:** Venue is appropriate in this Court because of delicate issues involving Deprivation of Rights, Deprived Persons, Ownership, **Intellectual Property**, Chattel Slavery. **U.S. Code Title 18 1593 & 1595**. Due Process Violation, Deprivation of Property, Life, Liberty, Freedom and Bodily Integrity. **Human and Christian Rights Violation. Delicate issues involving internal technology (human cyborgs)chattels**

3. **Intradistrict Assignment:** The claims and complaint should be assigned to the San Francisco Division of the Northern District of California because this court is the only court that can grant relief and is the appropriate Legal Remedy. Claims submitted to City, County, & State Legal Remedies were denied, and rejected and without no provision of granted relief. Legal Remedies made aware of issues are of this appropriate Jurisdiction.

## PARTIES

### Indentifying PLAINTIFF and DEFENDANTS in case.

- **Plaintiff** a chattel and in support of chattels <u>aka does inclusive I-V.</u> Embryos, and or my family members from the eggs, and our children and my parents my family, I was born 4/15/1971, I was taken before the age of three and violated where cybernetics is concerned and put in chattel bodies, Every time I was in my abode they wouldn't leave me in myself, instead they keep putting me in people who I'm not. My parents and our children me, the ML does and these Modesto Chattels victims, <u>**Forty one years of my life**</u> has been destroyed in the worst way gross inhumane suffering technical incarceration brain death and programming and non stop stalking to only cause harm damage injury and ruin as mentioned in request for injunction, I without going into detail in this pleading know everything, all of everything since I was a baby. What's happened to me personally and in regards to these girls chattels, <u>I know there nuero chips, cards, scenarios including their</u> **innocence.** Our innocence and blamelessness, how inhumane and degrading and dehumanizing the violators have been and cruel and merciless worst crimes against children including our children. -Now though guilty of the worst kind of crime a crime that's forbidden in all aspects the crime of **TORTURE. <u>SADISTIC TORTURE, ---Extreme cruelty pain and suffering. Extreme mental, emotional, and physical and for years. They said that my            -died in a mental hospital tortured and buried alive. My            was bludgeoned to death after an accident that totaled his truck I have his photo.</u>**

- **Defendants:** These people are guilty of the worst crimes against humanity and the <u>**Conspiring**</u> of so in order to **<u>deprive, depress, interrupt, disrupt, et</u>**, In advance these ones also plotted and schemed employment that would give them authority and power and claim immunity. The purpose of their crimes have also allowed the profiting and the attaining and gaining of money

-2-

wealth and freedom. **To inflict and subject innocence to the worst life never imagined** so that they can possibly have some kind of debt cleared and or to lie and plot and scheme scenarios against the girls accusing them of crimes or injury when they're innocent, to subject them to life sentences and adult sentences with no relief and or help, subjecting and involving innocent girls and now we are older, Because of the offenders violations the oppressions that they have personally due to all of this makes my life and the girls' lives worse extreme malice and revenge, money helps them though and they profit off of the pain and extreme suffering of innocent girls inflicting poverty and the misdirecting of divine purpose and guidance and with the use of internal and external technology and **never to be authorized procedures**. Worst kind of technical torture, (Programming, technical incarceration, nonstop harassment, terrorism, stalking, invasion of privacy, intrusion, destroying of personal property, Sabotage, Science education, Walt Disney animation and character gaming, manipulation of the mind and the body, It's remembered what they did to my parents and my baby brother. <u>These people caused harm to G____ M____ J, not me, my____, and or_____</u>, These people are guilty of <u>Fraudulent Concealment of their identity</u> and have been for all these years all the cases filed and claims and requests for relief. Due to making it to a day, they have gone out of their way to obstruct what is now known and as mentioned have <u>mercilessly tortured everyday life</u> by using (substances in all it's forms unknown to myself and the girls) worst internal head to toe inside and out damage scalping and gutting, to disturb profoundly senses and bodily functions including mental, emotional, and physical pain, suffering, and extreme anguish and agony from torture and diabolic dehumanizing of the human spirit and human life to the norm,) ( Gifts from Heaven,).

\* <u>**In injunction I mention that I have the after effects of what's going on with them and or against them when I'm NOT in their bodies**,</u> someone else is but who, what, how. Is it

technically shutting down as a robot exclusively? Or is it someone else, Half, 50 50, a real person, nervous system control and or a human host in the form of a real person who is a parasite, maybe someone in a wheel chair restrained and then unrestrained in someone else's body. I am able to tell you all of this because of what I've had to go through, I'm telling you the truth. These girls are not possessed, dead souls and ghosts, this is 100% technical. Honest.

**Mass bodily injury and against bodily integrity**, Poisoning in the worst way and everything that pertains to daily living, poisoned, material items and the destruction of , food, liquid, everything. (food, he puts stuff that is disgusting that I don't know taste of and them tortures me about what he put in food and the pills meds slipped in foods. He has the neighbors put they said____ in the lasagna that they brought over. *They say "see ya wouldn't want to be ya"*

1. **Non Ignorant and evil intent against ignorance** and without authorization **severed** the **brain nerves, death penalty**. The girls are Barbies and robots with circle lights in the eyes and the technology is in the back of the head not only upper and or lower spine. Human Games, last landlord evicted WHY fact, put my brains back in my head and give me back my body, **FACT,** I can't put the proverbial toothpaste back in the tube.

2. **FACT** it was told to all of you that the way you have violated my life my purpose my flow by **playing me like a video game** not game theory, human gaming, CCP 29 game girls, chattels, barbies to be violated in the worst way and destroyed, **and worse perversely and pervertedly**, destroying everyday and that nothing gives you that right, I spoke the truth what resulted Wrongful Eviction, Sent on a navigated torture homeless program cruel and unusual, **Verbally abused** and name called called crazy, crazy loon, and a fruit cake. Fruit cake definition is a crazy eccentric person a nut, it's also defined in the American Heritage

-4-

Dictionary in a more of an educated informed manner. Direction off course one that deviates from conventional patterns. To be programmed demise and torture.

-To literally hand me over to someone to be destroyed by that person et all. Putting me in chattel bodies, tap out trade and switch **without long periods of time going by, as done in the past.-**

(These Defendants either have the original me and or know for sure who does) I was in my abode in Pleasanthill and at the _____, they tortured me so bad when they sent me up there and didn't return me to myself, I was kidnapped and stolen before turning three, I was only a baby, me the baby, the girls babies, no one else associated with these people and their crimes against us them harming not us. Us the victims not these defendants et all, **Them harming and then trying to justify the continuance of it against us when it was them to begin with not me and or the girls. -(NO WAY Associated with Unconsciousable Acts.)-**

**Defendants:** **Martin O Halfhill,** Owner of 514 13th. Street LLC and recently put the property in the name of **Hermesh Lee Sangha** Truste he is and might be torturing and ____ and also helping in the tap out trade and switch, there's also and unknown et all seamstress lady, **Laura Reeder** is Owner Manager agent and is **Royal Palms,** both Hermesh and Laura are WestcalManagement. (torture). Martin O Halfhill is responsible for the internal technology that makes a person half and or two in one. Torture, demise, death, unauthorized death penalty and the cutting off the head. **a guy said:-** (" if your not going to do that someone is going to have to do that for you")-

-Garrard Marsh is Mayor and County Seat at large he deals with _____ affairs and _____. Non ignorant about _____, heavy _____ and. The Stanislaus County Board is also guilty of chattel slavery, including **Contra Costa County** who help and provide the needed funds and training and recruiting of NSA employees who violated cybernetic people

-5-

human computers they also provide and Stanislaus clones and or embryos, Double tree, so many twins and not from the womb, and chattels, <u>*all ML does(in contra costa county)*</u> and the switching and trading of ones parents and children. Non stop _____ and torture and the putting of people in other peoples bodies including mass bodily injury scalping and gutting. Technical incarceration and non stop brain dead robot programming. The NSA is located in these towns all though the main branch is the _____. They are _____ and _____ and _____. The <u>**non stop stalking and electronic harassment is exhausting and merciless**</u>.

**Fred Marin** is the landlord from 2330 Pleasanthill road, he's guilty of knowing in advance all of everything amoung other things, torture and _____. He collected money and paid off his apartments, he in advance planned on eviction and had JLB upstairs for two weeks in December with his computer, <u>**an unlawful merciless eviction, need a protective order not an eviction**</u>. They and or controlling a chattel sabotaged papers at the U.S. District Court in Sacramento for the purpose of Sabotage torture and demise, end of the road, death.

- <u>**Fred Martins sons one ---- and one ------ caused harm**</u> at 201 E. Coolidge and at Hughes in Concord they _____. I saw Fred Martins family at the U.S. District Court in Sacramento, I also think I saw a Reel boy Dillon Reel or Cody Reel may be the mummy boy who's been burned or he belongs to Fred Marins family like Richard Curtice Martin who's at 119 Morton, Erica and **Jasmine** and Danielle too, are supposed to be nieces and a nephew family, they're the cousins to Joel and Ashley. I don't want anything negative to happen to my loved ones. Honest, I saw Jasmine and Erica there's nothing wrong with them.- *mirror torture, not myself, not me. Torture at the pleanthill apartments and gross judicial misconduct.*

- Merrill Lynch is injustice and they allow programming and torture without the provision of relief, Wealth Management. Merrill Lynch also includes ------ guilty of gross injustices and orders and or judgments without due process including the_____. Judge _____ is a part of all of this as well and took no action in accord with the laws that are mandatory, All et all including _____ who claim immunity although Amendments don't give them immunity against proper and justified prosecution. **Control Systems.-**

<u>(Judge_____ at the U.S. District court knew in advance that the girls are and were innocent and did nothing about it</u>.) **<u>as well a et all</u>**. No intervention, none, no relief, no undoing the harm injury damage and the honoring of liberty and bodily integrity. Briefly, <u>Law Fact a code 42 U.S.C.S. 1983</u> describes some of their immunity it says in cases Defenses and Immunities: To incur liability under the civil rights act a state or local official need not intentionally or directly subject a person to a deprivation of his or her constitutional rights, but can be held liable if he or she negligently causes the plaintiff to be subject to deprivation to these rights.

-These officials are 100% non-ignorant and cruel and unusual and are responsible fully 100% for what they've done for no reason, they have committed crimes against chattels they have no immunity. They committed gross crimes against children babies, toddlers, and young girls and their children and their parents, how can they have immunity? I don't understand.-

*They've **<u>directly violated</u>** constitutional rights and committed crimes in order to do so, and absolute immunity doesn't bar injunctive relief, they can be restrained, apprehended and prosecuted and made to cease all crimes. A municipality or other local entity can be held strictly liable for damages when one or more of its officials directly violates a persons constitutional rights. City, County, State and Federal Governments.* <u>No superior court has been remedy at law.</u>

-7-

- **Steven A Smith (control systems)** is a house down from 514 13th street #2, he also has been giving chattels a bad time (torture). He has a red light. His son was causing harm to me in Los Banos, Merced, and Modesto and still hasn't stopped along with law enforcement officers. **He** is associated with **Justin Lee Bartha** the boy jumping over a chair _____. He doesn't have a _____. or _____. The scenario against one of the girls chattel she's innocent, he was already like that so they created a scenario to blame and destroy the girl after she was _____, by him and his dad, He and his dad and a guy from Hughes caused harm to a Morton girl, Jeffery Street Los Banos _____ and or_____, feather light hammer issue and no the truth about that no harm done, they harmed _____ at the Santa Barbara house and they stole an _____ at Santa Rita and video gamed chattel children the children are 100% innocent. It was never the girls never. The scererios, are known as well as facts and truth so testimony and jury if needed in accord with the Magistrate. (Martin O Halfhill already knew the girls were innocent and so did **(Character court et all including NSA),** and still allowed God Forbid _____ and Torture. Tap out trade and switch, worst life deprivation. They are the ones guilty of stealing life and or the cause of death. Hydrocarbons, sprays, powders, poison. The other baby girl is 100% innocent, associated with Laura Reeder and her son. Legal remedies informed and then legal remedies sabotage non ignorant wrongful and negligent intent knew of innocence.

- The Mayor of Modesto (control systems) has the chief of _____ in noncompliance with the remedies available for victims. No arrests have been made instead kidnapping and fraudulating more 72 hour holds at Mental Hospitals where they create lies and fraudulent medical records that violate truth, bodily integrity and dignity for one's reputation and good standing in community, (**They have ruined my good credit I've been bar coded and listed**,) they lied on SSI papers. There appurtenances thereto equipment used for specific task from the PD not only

-8-

Merrill Lynch and or maybe the fourth floor at the Stanislaus County Sheriff's department or NSA is  only to disrupt and obstruct justice when they know that I'm sane and in need of a protective order. They on the 4th floor are called SBT Strategic Business technology. Constant game playing, exhausting and hurtful. Violating personal belongings including vehicle and bike. They caused harm every time I was employed especially at Wal-Mart all employment. Violating my right to be employed. Not allowing work schedule worked around J & A school schedule.

-**The Wal-Mart torture technology** was at Merrill Lynch and at the Modesto Guitar Center and in San Francisco the day Mark took me up there for a day trip a girl was up there I don't know it that was his wife or Michael's, they made a comment **et all also includes** Mark Churchill and his does 1911 Hughes  and Guitar Center and unknown and known subjects one of the Marks said: " You murdered my wife". No one's deceased because of me or the crime that's been going on against me for years. **(brief testimonial examples of testimony, facts in support of ). Statements explaining how defendants have harmed, injured, violated (illegally.)**

1. One of the health issue: All the girls including myself we have had our enzyme which creates and maintains our skin tone destroyed, It is a procedure, it is cosmetic, it is merciless. All the ML does, and now these chattels, that's not a coincidence I read about the procedure in the medical book and my dermatologist new that it wasn't a negative health issue. We burn, we don't tan. (He said that were snakes and we've shed our skin.) He also tortured and said that my family is Hiroshima that my papa pushed a button. NO NO NO. non stop mental anguish and mental and emotional torture to add to a physical assault on our body.

- Girls don't have access to this stuff **(hydrocarbons)** and the entire time at 514 13th Street #2 torture and severe burns and mass bodily injury and injections Hydrocarbon injection mixed with

-9-

the liquid and rubber silicone and the contaminated _____ and _____

_____. Wax on the skin has destroyed the flesh starving the skin from oxygen and is excruciating, cut marks everywhere. The comment was made and laughed about, "oh are you suicidal, Oh it must be all the wax". They harmed in public places in the town shopping and **sprayed in clothes and on skin.-**

<u>Violated Law to add to thereof: and injury;</u>

1. Fact: <u>**Amendment 4**</u> makes it perfectly clear that we are to be <u>**secure in our persons**</u>, our personage, our abodes, our identity, who we are, our life no one else's. <u>**The Defendants are Criminals, et all also includes known and unknown people &**</u> <u>Fictitious Business names and in the form of public and private entities.</u>

2. <u>**Fact: the 5th and the 14th Amendments**</u> <u>to the Constitution under both laws to the U.S. Constitution, neither the federal government nor state governments may deprive any person of life, liberty, or property without due process of law. Day in court or days, jury, trial, that is mandatory due process that's protected that's a protected right, which proceeds not arbitrarily or capriciously but upon inquiry and renders judgment only after trial and one has information in writing they know. (the accused).</u>

3. <u>**Amendment 6,**</u> <u>the accused shall enjoy the right to a speedy and public trial by an impartial jury and to be informed of the nature and cause of the accusation and to have witnesses and to have the assistance of counsel for defence.</u>

4. <u>**Amendment 8,**</u> <u>No cruel and unusual punishments inflicted,</u>

5. <u>**Amendment 9**</u> <u>Guarantees Constitutional Rights and Statutory Rights Secured. (State).</u>

-10-

6. <u>**Amendment 13**</u> <u>Neither Slavery nor involuntary servitude,</u>

- <u>Truth is Lincoln was trying to change that and yet was assassinated; He was going to Abolish slavery permanently. All people have god given free will and yet due process laws and all laws mandatory serve as a protection to us all and our family and our future if a crime results especially non ignorant deliberate wrongful hurtful intent premeditated whether known or unknown consequences in accord with all laws. NO Slavery in my book for any reason. To many people are victims and they've never been criminals. (Due to technical issues.) or worse 50/50 hosts parasites computer control and brain death programs, Our President new that, Our government must have made a mistake when signing that. NO Slavery ever, it's forbidden.</u>-

## STATEMENTS OF more FACTS in support thereof:

1. Brief and to the point accompanying complaint, included, a request for expedited review, memorandum of law in support of order to show cause for preliminary injunction and temporary restraining order **<u>requesting that specific behavior be stopped</u>**, this being an appropriate remedy for torture and chattel relief, <u>constant threat of eviction and homelessness</u> and the nonstop torture and being <u>deprived of normal daily life</u> in regards to <u>normal living.</u> (deprived person, slaves, involuntary servitude without due process) and **FACT:** (<u>due process laws and the laws of the court doesn't order this as a judgment to begin with</u>). **Chattel Mortgage, Security Instrument, and Demised Premises.**

2. **<u>FACT:</u>** the Deed to the property at 514 13th street says no criminal activity allowed on the property.( <u>Eviction law states a tenant who informs legal remedy in the form of law</u>

<u>enforcement and or any other legal remedy of unlawful and or criminal activity isn't in violation of law and or landlord and or tenant rights</u>).

3. <u>**No law legalizes chattel slavery. All Laws that Govern all Laws forbid TORTURE and DEMISE.**  Slavery was abolished. The Universal Declaration of Human Rights is a law in support of the abolishment of slavery in all it's forms.</u>

<u>**- Articles adopted by the United Nations. (Civil Rights).  (Claim) slavery, torture-**</u>

**Article 1:** Free will given by the Heavens all know, dignity and rights.

**Article 2:** Everyone is entitled to all the rights and freedoms set forth in Declaration

**Article 3:** Everyone has the right to life, liberty and security of person.

**Article 4:** No one shall be held in slavery or servitude; slavery and the slave trade shall be prohibited in all their forms

**Article 5:** No one shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment.

**Article 6:** Everyone has the right to recognition everywhere as a person before the law.

**Article 7:** All are equal before the law and are entitled without any discrimination to equal protection of the law. All are entitled to equal protection of the law.

**Article 8:** Everyone has the right to an effective remedy by the competent national tribunals for acts violating the fundamental rights granted him by the **Constitution or by law.** –tribunals means (courts)  <u>court of justice.</u>

**Article 9:** No one shall be subjected to arbitrary arrest, detention or exile. – <u>Arrest means. To keep prisoner & the violating of liberty. Detention means keeping one detained & or punishment, arbitrary relates to dictatorial and tyrannical, cruelty.</u>

**Article 10:** Everyone is entitled in full equality to a fair and public hearing by an independent and impartial tribunal, in the determination of his rights and obligations and of any criminal charge against him.

**Article 11:**   1. Everyone charged with a penal offence has the right to be presumed innocent until proved guilty according to law in a public trial at which he has had all the guarantees necessary for his defence. 2. No one shall be held guilty of any penal offence on account of any act or omission which did not constitute a penal offence, under national or international law, at the time when it was committed. Nor shall a heavier penalty be imposed than the one that was applicable at the time the penal offence was committed.

**Article 12:** No one shall be subjected to arbitrary interference with his privacy, family, home or correspondence, nor to attacks upon his honour and reputation. Everyone has the right to the protection of the law against such interference or attacks.

**Article 13:**   1. Everyone has the right to freedom of movement and residence within the borders of each state.  2. Everyone has the right to leave any country, including his own and to return to his country.

**Article 17:** 1. Everyone has the right to own property alone as well as in association with others and number **2. No one shall be arbitrarily deprived of his property.**

**Article 18:** Everyone has the right to freedom of thought, conscience and religion; **No severing of the main nerves, Intellectual property, personality ownership of that person.**

**Article 25: Everyone has a right to a standard of living adequate for the health and well-being of oneself and of ones family, including food, clothing, housing and medical care and necessary social services, and the right to security** in the event of unemployment sickness, disability, widowhood, old age or other lack of livelihood in circumstances beyond ones control.   (rights to all)

**Article 26**: Everyone has the right to education. Education shall be free, at least in the elementary and fundamental stages. **(must have intellectual abilities).**

**All articles including ones not mentioned in action against defendants** pertaining to issues. All issues of violated law pertain to et all including all known and unknown.

**Claims,** legal claims identifying specific law defendants also violated besides the Amendments of the U.S. Constitution. **All laws that govern. All Laws. Violated.**

**Action due to rejected claims (42 U.S.C 1986 Neglect to prevent Interference with Civil Rights.) Hate crimes, malice, and cruelty. Opposition to mental health and the using of County and Medical workers to fraudulate medical health records and mental health records, as well as the lying on X-Rays. This also includes kidnapping by Law Enforcement and the fraudulating of 72 hour holds at mental hospitals. The**

-13-

torture there and the damage due to being in a filthy filthy inhumane and cruel environment. To be subjected to that when I'm Sane. To disrupt trust.(lifenorm).

(*18 U.S. Code 2520- Recovery of civil damages authorized and Relief Declaratory damages and punitive, also a court warrant or order, *) **(b)(1)(2)(3)(d)(1)(f)(g)***provisions.*

### Causes of Action and Damages to name a few

Assault & Battery on the mind and body, kidnapping, never to be authorized procedures

Invasion of Privacy & Stalking, electronic harassment, Obscenities, ----,

Fraud & Identity Theft, chattels and the being put in other peoples bodies

Slander & Defamation & Blasphemy, Electronic Threats, malicious verbal abuse

Negligence, oppressing and obstruction of life, bar code "you're a rotting corpse"

Cruelty, intentional infliction of emotional distress, torture and sadistic torture and _____

Unjust Enrichment and the profiting due to inflicting extreme situations and circumstances due to computer control and programming.

False imprisonment and still not returned to myself. Internal & External technical violations. Technical incarceration.

Mayhem, revenge, extreme malice and Hate Crimes and destruction of personal.

Interception of apartment and cell phone line and not getting through to anyone.

Illegal slavery, involuntary servitude, intellectual property, personal property, (private property social relationship between the owner and persons deprived means of production and getting entities private and public and city county and state involved. Enterprises

Mass bodily injury to health and body, torture and the subjecting to god forbid ----.

Teeth hurt so bad, and the drilling of holes and feeling up with metal. Horse hair and wigs. Circle lights in eyes hurt so bad. Constant pain and dizziness in back of heads.

-Injecting with needles everywhere including fingers, feet everywhere, disfigurement and burning and clumpy, and heaviness and metal smells and tastes. Swollen armpits with rubber injections and liquid silicon in the chest and back everywhere. Hurts hard. and NEVER to be Authorized obscene breast implants hurt so bad. Hydrocarbons injected into nipples. Entire body and muscles. Burn so bad and muscle weakness because of

contaminated ----- injections into the muscle mixed with liquid silicone. The injecting and cutting and also needles in the face. Neck, ----- injections in the neck and chest. Blue ink injected to make veins appear. Mass bodily cosmetic injury including harm to eyes, scalp injections and the bottoms are ----- ---. Rubber injections everywhere and liquid silicone and the finger prints have been violated. Hot blood injected into the feet and hard stuff injected to harden the body and the skin and the bones, the loss of bone marrow. Extreme pain in the middle of the left leg in between the knee the the hips.-

-When they interrogated in 2010 they knew about these girls more girls when I didn't. I think about three girls brand new and one baby 15 years old, They've destroyed the girls I have there photos to show. They ----- the baby clone they put rubber injections in her baby boobs and injected her beautiful baby face with contaminated ----- and hard liquid silicone he and they ---- her out and ---- her and pass her around. She had and or may still have 4 huge ------ scabs on her face and **after I called a detective in the special victims unit and let him know and ------- at the court in Sac. I haven't seen her since.** –

Court when I was tortured in Los Banos before I got navigated to Merced all of this was already put in motion this guy planned on all of this in advance putting me where I am. They caused harm to the girls before the eviction at Pleasanthill. They've been putting me in these Modesto Chattels since 2005, or 2006 and 2007 ongoing to today. With photos to prove. The old damaged ones though not the new ones, (**Now new ones destroyed.**)

- brief as mentioned pertaining to mental torture and anguish, the violator said that my son was on a yellow submarine never to see the light of day and that while being tortured all crying and yelling and or comments character comments prerecorded and came out of my mouth with my voice was being played to torture my son on a submarine. That I was saying those proverbial comments to my son. That his pain and suffering and anguish and hurt, beyond unbearable. As a mom I can't believe that form of cruelty against a child and a deliberate dividing of family for the purpose of torture, and lies, I wasn't talking to my son I was talking to the Defendants in this action.-

-Claims which do create private rights of action for claims of illegal surveillance:

-50 U.S.C 1801/Claim under the Foreign Intelligence Surveillance Act

-18 U.S.C. 2510/Electronic Communications Privacy Act ("ECPA")

-18 U.S.C 2710/Stored Communications Act ("SCA")

-47 U.S.C. 223(a)(I)9A) using telecommunications device to make, create, or solicit, and transmit any obscene comment, request, suggestion, proposal, image, or other communication.

-18 U.S.C. 875 Electronic Threats transmitting communications containing threats of kidnap or bodily injury.

-47 U.S.C 223 (a)(I)(C) Electronic Harassment, anonymously using telecommunications device to threaten person who receives communication, to harass person who receives communication and (E) to **repeatedly** initiate communication with a telecommunication device solely to harass person who receives communication.

**Cyberstalking** against code 18 U.S.C. 2261, to engage in a course of conduct that places person in reasonable fear of death or serious bodily injury to person, person's spouse or IMMEDIATE FAMILY. Repeatedly Defendants don't STOP.

-Legal remedy at law pertaining to Statutory Action for Physical Invasion of Privacy Code 429.34 A Scopes of protection Civil Codes legal remedies such as common law tort for intrusion and or the Statues legislative Authority that governs a City, State, and or a Country prohibits meaning forbids most forms of technical intrusion if not all when it comes to internal in the body. Technology in the body is forbidden. -

- A statute and a Civil code at 429.34, 1708.8 mentions that that is an assault. The Statute provides an action for constructive invasion of privacy if the Defendants use a visual or auditory enhancing device in attempting to capture, in a manner offensive to a reasonable person, a visual image, sound recording, or other physical impression of Plaintiff when one has a reasonable expectation of privacy. This action for a constructive invasion of privacy exists regardless of whether there is a physical trespass, (Physical Bodily Trespass) if the image sound recording or other physical impression could not have been achieved with a trespass unless the visual or auditory enhancing device was used. Physical invasion. Bodily invasion, No law gives any authority to put technology in the body.- Privacy from the intrusion of people that I don't know. To not be stalked.-

**Amendment 9** guarantees the protection of civil and statutory laws and codes and allows actions against violators the ACTs Cal Civil code 52.1 and Civil and Human Right codes that allow damages, compensatory, punitive, and injunctive relief. <u>Cal. Civil Code 52.5 Including adamancy directed to violators prosecution and the prosecuting of them is a right, in opposition to Amendment 11, not attaining immunity.</u>

*Honorable Court*

-16-

-As Remedy at Law the U.S. Department of Justice Criminal & Civil Divisions help is wanted and needed, the defendants filed the other papers.- Please forgive ignorance that is intellectual property controlled. **Request for Relief Judicial Remedy**

**STATEMENT OF FACTS, LAW, AND NEED OF RELIEF met there of:**

Brief and to the point: Accompanying complaint includes a request for **expedited review.** Memorandum of Law in support of Order to Show Cause for Preliminary Injunction and Temporary Restraining order requesting that specific behavior be stopped, this being an appropriate remedy for torture and chattel relief, (deprived persons, slaves, involuntary servitude without due process), -In any situation where, if the Defendants are not ordered to cease doing an action, the Plaintiff will not be able to be compensated.-

**Request for relief:**

1. Injunction/ **Writ** 18 U.S. code 2520./**U.S. Code 1593 Mandatory Restitution**/full amount for victims loses and the forfeiture of Property.
2. Justice and Restitution in accord with Courts Remedy and Authorization
3. The need of a Jury Trial when Court takes needed action if so.
4. The request of a Court Appointed Attorney to represent me, In rare cases, the court sometimes appoints attorneys to assist in civil cases. **Department of Justice intervention. Prosecution of Defendants for U.S. 18 2340 Torture and civil remedy code U.S. 1595. All codes known and unknown that apply to case.** Needed requests for Defendants to please stop Unlawful Conduct that is a constant credible threat of violence that seriously alarms, annoys, harasses, disrupts, exhausting, stalking to harm and damage, assault and battery tap out and the filthy violations to deliberately and non- ignorantly cause suffering substantial emotional distress and physical harm to well- being **has never served a legitimate purpose.**

  -I respectfully request that the court issue needed relief as may be just and proper.-

-I declare under penalty of perjury that the forgoing is true and correct and that I'm in accord and in compliance with all laws State Federal and the U.S. Constitution.-

Date: September 17, 2014                                      Melanie C Latronica, Pro Se,