1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

MELANIE CHANTELL LATRONICA,

    Plaintiff,

      v.

MARTIN O. HALFHILL, *et al.*,

    Defendants.

Case No.: 14-cv-4257 YGR

ORDER TO SHOW CAUSE RE: DISMISSAL OF COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION

TO PLAINTIFF MELANIE CHANTELL LATRONICA:

YOU ARE HEREBY ORDERED TO SHOW CAUSE in writing no later than **December 22, 2014**, why your claims should not be dismissed for lack of subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1332.

The Court, in its previous Order of September 30, 2014, denied plaintiff's request to proceed *in forma pauperis* without prejudice and dismissed her case with leave to amend. (Dkt. No. 9.) As the Court outlined in that Order, the complaint stated no discernible basis for subject matter jurisdiction and was largely unintelligible as to the nature of any claim, the basis for that claim, and against whom the claim was stated. Plaintiff was given leave to amend. She thereafter paid the filing fee and filed an amended complaint on October 28, 2014. (Dkt. No. 18.)

Although plaintiff deleted two of the previously named defendants, the allegations in her amended complaint are similar to her original complaint, and no more coherent. They do not appear to establish any basis for this Court's jurisdiction of the subject matter of the claims, whether as a federal question or as a case brought in diversity. The Court notes that Plaintiff's invokes federal question jurisdiction under 28 U.S.C. § 1331 by citation to 18 U.S.C. §1593. The latter U.S. Code

section concerns mandatory restitution to victims of human trafficking and forced labor. That restitution claim does not appear to be supported by any plausible factual allegations in the amended complaint.

The Court further notes that Plaintiff may seek assistance at the Court's Legal Help Center, which maintains office hours at both the San Francisco and Oakland courthouses. The Legal Help Center may assist persons who do not have lawyers if they make an appointment. The Legal Help Center's phone number is (415) 782-8982 and its website is http://cand.uscourts.gov/helpcentersf.

**IT IS SO ORDERED.**

Date: November 21, 2014

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

United States District Court
Northern District of California

2