UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELANIE C. LATRONICA,**<br>   Plaintiff,<br>v.<br>**HERMESH LEE SANGHA, ET AL.,**<br>   Defendants. | Case No. 14-cv-04257-YGR<br><br>**ORDER VACATING HEARINGS SET FOR JANUARY 20, 2015**<br><br>Re: Dkt. Nos. 20, 29 |

On November 20, 2014, Defendant City of Modesto filed a motion to dismiss the first amended complaint of Plaintiff Melanie C. Latronica. (Dkt. No. 26.) On December 10, 2014, Plaintiff filed her Notice of Motion for Hearing Request for Order Judicial Notice/Expedited Preliminary Injunction/Temporary Restraining Order. (Dkt. No. 29.)

The Court has determined that the motions are appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991).

Accordingly, the hearings set for **January 20, 2015,** are **VACATED**. The Court will issue a written decision on the papers.

**IT IS SO ORDERED.**

Dated: January 13, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**