Melanie C Latronica
P.O. Box 727
Modesto, CA 95353
(209) 222-0457

In Pro Se,

**FILED**

APR 15 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

OF THE NORTHERN DISTRICT OF CALIFORNIA

<u>SAN FRANCISCO/OAKLAND DIVISION</u>

| | |
|---|---|
| Melanie C Latronica, (et all my family) **(CHATLS) aka does all- inclusive I-V** Petitioner(s)/Plaintiff(s) **Petitions Honorable Court,** Chief District Judge/Chief Magistrate Judge of the Northern District as Stated | Case No: 14-cv-4257 CW/**YGR** Administrative procedure act #14 ex parte Take Notice Judicial Addressed: (**BONDAGE**) *Rule 8. 4: Misconduct (Terra & her sister)* **Motion: Court Ordered Disqualification of Judge YGR or Mandatory Recusal** accompanied by <u>Motion for relief</u> from Judgment/Order/Affidavits in Support of.... <u>Request to reassign new judge to the case</u> **Forbidden Torture & Neurocybernetics** CYBERNETICS/Application for a Writ information |

## <u>MOTION FOR DISQUALIFICATION OF JUDGES AND THEIR ORDERED RECUSAL</u>

### *<u>VOIDING JUDGMENT ORDER IN IT'S ENTIRETY</u>*

<u>Plaintiff(s) plead the Honorable Court for reassignment of case to Honorable Judge.</u>

<u>Plaintiff(s) pray for the disciplinary action of the court deeming appropriate for Judges criminal activity against</u>

<u>Plaintiff(s) and unauthorized judgment. (ORKL) Plaintiff(s) are victims of FORBIDDEN BONDAGE.</u>

*Honorable Court, I Melanie C Latronica, I solemnly swear that the forgoing is the truth and only the truth and that Competently I can affirm and testify in behalf of the forgoing. I declare under penalty of perjury and under the laws of the State of California that the forgoing is true and correct*.

    Honorable Court, Judicial Addressing to Honorable Chief Judges Phyllis J. Hamilton Chief District <u>Judge and the Chief Magistrate Judge Joseph C. Spero</u>, copie also sent to Judge YGR, in accord with filing of Motions for the Judges Mandatory removal from this case and Mandatory Disqualification, Affidavits in Support of both Motions and Requests to the Honorable Court to please honor the rules of court and the laws that are mandatory in regards to mandatory rights


of victims, and the mandatory motion requests for relief. Procedural Due Process Laws as well and the US Constitution and it's Amendments.

 I Melanie C Latronica affirmatively state and that my pleading is not being presented for any improper purpose nor to harass or to cause unnecessary delay or needless increase in the cost of litigation.

**Note:** Plaintiff(s) paid the $400.00 fee this time.

 Affidavits in Support of <u>Motions in accord with 28 U.S.C. section 144</u>, "Bias or prejudice of judge" and <u>also in accord with F.R.C.P. 60 Relief from a Judgment or Order</u>. Requesting that Honorable Judges please review and look at case and all filings including her orders that are a contradiction and in opposition to all requests made to the Jurisdictional provisions of the Court by law.

Attorney's at law one known for sure is ***Steven A Smith his sons et all and Anthony and Benjamin Rowe*** from (M). Judicial Misconduct from the Judges that are on a complaint to the Judicial Council Ninth Circuit see copy of complaint for Judges Chambers not to be filed with this Notice. ***<u>See attached: Plaintiff pleaded for a restraining order, protective order for relief in 2012. Exhausted Remedies and harm is getting more worse and more severe more irreparable and the detaining of Miss Latronica (original).</u>***

  -Rule 8.4: Misconduct Defined lawyers before becoming Judges and Lawyers --Control Systems **Lawyers now known for sure are on new case submitted for request for an immediate writ is Steven A. Smith et all his sons and Anthony and Benjamin D Rowe.**

(a) <u>Violate or attempt to violate the Rules of Professional Conduct, knowingly assist or induce another to do so, or do so through the acts of another.</u>

(b) <u>Commit a criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer in other respects;</u>

(c) <u>engage in conduct involving dishonesty, fraud, deceit or misrepresentation;</u>

(d) <u>Engage in conduct that is prejudicial to the administration of justice;</u>

(e) <u>State or imply an ability to influence improperly a government agency or official or to achieve results by means that violate the Rules of Professional Conduct or other law; or</u>

(f) <u>Knowingly assist a judge or judicial officer in conduct that is a violation of applicable rules of judicial conduct or other law;</u>

# Affidavit in Support of Disqualification of and mandatory Recusal of Judge and or Judges.

## In Support Thereof..... Factual and Legal Grounds for Immediate Disqualification

**Civil Local Rule 3-15** facts pertaining to Motion for Disqualification and removal of **YGR** and or CW from this case. Facts requesting that Honorable Court reissue a New Judge to the case in accord with the provisions by law and Rules of Court. **28 U.S.C. 455 (d) (1), (3)**

1. Honorable Court the Case Management Statement on page 7 #19 Disclosure of non-party interested entities or persons dated 12/12/2014 was filed with the court **with no response.**

2. **In the Case Management Statement** Plaintiff stated that Yvonne Gonzalez Rogers due to her stating numerous times that as plaintiff, vexatious and or unintelligible and due to the denying of a Restraining order that she is a Judge that absolutely doesn't have my best interests at heart concerning the case and the right to relief, justice and restitution or for the chattels, innocent girls including myself. **No authorization for torture.**

3. The Order attached to the Statement wasn't signed, she continued to be in violation of my best interests as noted when she filed the filing February 4th 2015 despite the **FACT that the parties to the case have defaulted in their answering in a court mandatory timely manner to defend the Complaint and Legal Claim against Defendants**. (non stop ____ 2011-2015)

4. **Defaulted are all on the case** and Modesto City et al and the (County Seat) decided to answer at the last minute in the form of a request to dismiss and with and had no regards to the proof of crime going on still where chattel mortgage, security instrument, and demised premises are concerned.

5. The Judge was informed confidential codes what they've done and gave a filing of proof recently in the form of photos of sadistic torture and nonstop _____, tap out trade and switch of the girls and gave proof, needle injections of filth and contaminated _____ and _____, Silicone hard injections in the face and chin and nose, circle lights in the eyes and scalping and gutting torture. Glue, Wax, and Residue and the tampering with of all products including food and liquid, stealing of personal belongings and trading and switching and violating by a sick sadistic seamstress lady. This has been going on since the _____ at Coolidge 2/23/2011. It's now 2015. Brief information about torture.

6. In her filing (YGR) on the 4th she states all pending motions and requests are terminated. It was asked that the court tell me who and or what judge subjected me to torture in chattel _____ s. A right to not have gross judicial

misconduct going on behind Plaintiff(s) back and or a judging when they've never wronged anyone to begin with and the girls are innocent. (MLDoes and Now Modesto LA Chattels).

7. The Defendants failed when not responding and or defending the Summons, the defendants were served, the defendants defaulted, the filing of Entry of Default was denied and then the court asked me to Re Default Documents dated 12/16/2014 see information attached as proof. Plaintiff filed a new request to enter default on hearing date of 1/20/2015 except there was no hearing Plaintiff was unaware and was there at the court and with no remedy at law. The date had been vacated by YGR, she has only given Plaintiff the runaround. When Plaintiff sent two Subpoenas up to the court with new date of 2/26/2015 and proof of torture and sadistic torture YGR decided to file the order dismissing and terminating this case. She also dismissed the case after it was made known about a Boton associated in all of this so conflict of Interests from day one. Miss Latronica is so hurt by the Courts conduct and opposition to her life and well being. **See another signed to proceed before the magistrate submitted with the filing.**

8. She did that after Plaintiff filed a request for a hearing Plaintiffs right in accord with Civil Local Rule 7-1 (b). her response of Lake at Los Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp., 933 F.2d 724, 729 (9th Cir. 1991) is uncalled for. The gross misconduct at Merrill Lynch Control Systems and Game Playing no more, her recent comment is the plaintiff cannot possibly win relief under the statute urged. Wong v. Bell, 642 F.2d 359, 362 (9th Cir. 1981) these case have nothing to do with the Plaintiff(s) who are victims of chattel Torture and Control, tap out trade and switch hosts and hosting and internal parasites. If this is the Judge responsible for all of this she has to be removed immediately.

9. Filed recently is knowledge now known about KP and O, Now this Order is way out of line and cannot be ordered. No one can conduct Court Proceedings behind the back and then give judgments. If she's the judge and or the Judges from Sacramento in light of the moons and Merrill Lynch in light of the moons, The Plaintiff(s) is the victim and are the victims no one can order and authorize chattel slavery and human ownership and intellectual property the Plaintiff(s) have the right to justice, Relief and Restitution and Injunctions including a Restorative Injunction, Preventative Injunctions.

10. **Honorable Court, it's known that the pleading with the court must be in a timely manner**, due to control systems and displaced circumstances Plaintiff is doing everything legal to proceed with this case in accord with rights, laws, and rules. Plaintiff knows according to the rules of court that there's time to disqualify and dismiss YGR and in accord with the next filing with the court in the form of the **Motion For Relief From Judgment or Order.**

- 4 -

11. Honorable Court note that **Plaintiff signed and sent by mail two requests to proceed with the magistrate,** nothing from court in accord with Plaintiffs rights and signature to consent to proceed, Plaintiff also in a timely manner filed with the court signed September 29, 2014 Response to Civil Local Rule 3-12(c) Not the Same Case signed by CW September 25, 2014, Instead YGR said in her order that the time had passed and ordered her ordered dated September 29, 2014 as soon as plaintiff received Judicial Referral information in the mail **Plaintiff filed immediately in a timely manner.**

- YGR already one step ahead of Plaintiff again not with plaintiffs best interests at heart and or in accord with the laws. Proof of Service to both Courts.

-YGR may have the gross illegal interests of the Rivera's aka Fictitious LA business names due to money and the tingling substance and nonstop technical O's, All of everything that's going on was made known to every legal remedy also that **the defendants destroyed TERRA**, she's a minor she's done no wrong, they injected her with rubber and ruined her baby face with contaminated blood and hard liquid silicon to widen and harden her beautiful face, they've passed her around to garbage and filth Jack Rivera and the Ritchottes to be raped and tortured, **The people who are living in the girls bodies when the** Plaintiff isn't destroying the girls and doing god forbid nor the ML does, Plaintiff has their baby photos and testimony about how they were already a mess and dehumanized and destroyed inside and out and vegetables called recyclable before being put in their abodes.

Besides the harming right then and there with tap out and spitting in the mouth _____ spit. _____ down the throat without a _____. **The guys at Hughes slipped sleeping pills the Plaintiff never ever engaged. 2/23/11 slipped a roofy and _____. His _____ was seen!**

12. **YGR ordered an order to show cause re: dismissal of complaint for lack of subject matter jurisdiction 11/21/2014knowing in advance the defendants served filed stamped summons 10/27/14 and 10/28/14 would default and not defend and or answer the summons plainly states : If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint, You must also file your answer or motion with the court and the Defendants failed to comply.**

13. YGR order doesn't comply with and or honor and or is of any law abiding sense, the Complaint and also the amended complaint is in proper tactness and form when it comes to jurisdiction and statue. Procedural Due Process laws, The Amendments of the and the U.S. Constitution, The right to trial and or jury, ......**Plaintiff hasn't had a hearing at**

**all**. Plaintiffs right by law and by rules of the court. Life, Liberty, Property Interest, Ones absolute Right to Ones Property. Plaintiff(s) life is still on a gross unjustifiable hold.

-Procedural Due Process factually and solidly states that Principle required by the Constitution that when the State or Federal Government acts in such a way that denies a citizen of a life, liberty, or property interest the person must first be given notice and the opportunity to be heard, counsel, and a neutral Judge not fictitious businesses and gross judicial misconduct and gross corruption.

14. Plaintiff Miss Latronica has been a victim for 44 years this April 15 2015. She's had enough. Plaintiff knows the truth about everything de novo. Plaintiff stands by 110% innocence and blamelessness to the fullest and is sane and has soundness of mind and is righteous and honest.

15. Note Plaintiffs efforts for mass years Court, Legal Remedies, Phone calls, letter, claims, Filings, tons of proof, instead more opposition and now gross forbidden torture.

16. Definition to a protective order is an order a judge makes to protect a victim of crime. The victim automatically has the right to a hearing, all legal remedies have been maxed. A protective order protects the victim from unlawful violence, mass bodily injury, assault and battery, stalking, sadistic torture, rape, credible threat of violence and the constant threat of imminent danger and death. A course of conduct that has been a pattern of gross prohibited and forbidden non stop gross conduct composed of a series of acts, extreme malice, jealousy, hatred and extreme oppression over a very long period of gross time mass years. As Mentioned they destroyed all of the 70's, 80's, 90's, now it's 2015. They destroyed the childhood of the Plaintiff(s**) and the Plaintiff(s) children**. The Children are still victims. The Plaintiff already gave the court the photos as proof. **The case is also for Plaintiff(s) family et all.**

**The Plaintiff(s) are the victims and have been destroyed by their violators.**

17. Following, stalking , apartment and car intrusion, invasion of privacy, destroying of personage and personal belongings, Dictating every single hell day, harassing telephone calls, harassing faxes and constant electronic harassment. Vandalism and theft, Mass bodily injury against body of chattels that's sadistic and sick. Poisons, sprays, tampering with all products, trade, switch, a seamstress lady destroys clothes. Hot burning powders in clothes and hot burning injections, All forms of technical issues pertaining to **life deprivation** and internal and external and the getting of a mass amount of people to join in a rebellion that is forbidden. No one has a life sentence because of the Plaintiff(s). No one's condemned for eternity from the heavens because of them either.

-6-

-**Note Definition to a chattel**: a human being owned by a freak condemned monster, a person who has no rights over their body and ownership of oneself including bodily integrity and Christianity, the owner has no regards for the heavens, free will, and the right of the universe to rule over the righteous for a guaranteed future and salvation: removal of imperfection sin and death permanently and to be placed in the Garden of Eden as oneself, I'm never gonna be someone else. **See attached info again.**

- **Note**: whats known before, after, and in light of the moons, a moon an illumination bright celestial light direct provision from the heavens. Anyone who steals the free will of any human being in this planet automatically loses theirs and its over for them in this life. It's like when the doctor hits your knee and your leg kicks up immediately**. Now. Zero Tolerance. Involuntary Servitude** in all of it's forms is strictly forbidden. –**Note:** The Illuminance of the moon serves a direct purpose from direct order the Heavens, a wavelength weighted by the luminosity function to correlate with human brightness perception pertaining to Plaintiff(s) and events as proven to the court, Plaintiff sent photos and explained, one moon was in _____ at the _____. Including the moon at the _____.

**Lights Out, due to that forbidden gross illegal act against innocence the heavens has intervened.**

**Moon Testimony:**

**The shape and the perception it's now known** including the moon above Merrill Lynch shown to the Courts 11/7/2014-11/8/2014 the events that took place at that gross gross businesses, companies, and corporations. **Substantive Law and mass destruction against a society of people who didn't get their day in court.**

18. Plaintiffs life is at a stop, can't work, school, own a business, a home, a car, can't be with family, can't get married, can't do anything until a mandatory order of the court and all injunctions requested in amended complaint are honored.

-**Note** Honorable Court: today is 2/12/2015 the time is 9:47 a.m, Plaintiff(s) day was torture, the defendants are still doing tap out, they steal good food and switch it with bad, they stole a brand new pair of pants from the defendant yesterday, the day Defendant went into Merrill Lynch 7th floor and Ayera Technologies is a defendant on the case active is Ayera Technologies she was ran out of there threatened and one of the persons up their looks like a girl associated with Laura Reeder and or Ritchotte the crutch ladies.

- Plaintiff(s) never took Ayera Technologies off the case in the Amended Complaint and or the County Seat one member Marsh. Plaintiff only informed the court that when she went to the Assessor's office the office said that Ayera

-7-

Technologies is inactive and that was a lie. Merrill Lynch as a whole was served correctly. ET all on a case Known and unknown and ones can be Subpoenaed when court gets started.

-Plaintiff(s) have a right to that, not nothing and then a dismissal and terminating of a case that's active and pending. **Plaintiff(s) prayers and pleadings, crying get the rubber, plastic, and liquid silicone needle injections out GET THE BREAST IMPLANTS OUT Get the BAT blood and contaminated blood out and all needle injections and the hard stuff in the chin and face and red burning capsaicin pigeon poison and hydrocarbons out. Get the Parasite Out**, (Wigs with glue).

- Never to be authorized dental work and the injection of filth into the tongue and gums, injections in the feet and fingers hands head face neck chest everywhere. Poisons in the clothes and food and they violate toothpaste. The girls are twins twins twins, they have also gone so far, same clothes but different, they violate at the shelter and the fitness club, they steal my clean chothes and switch with dirty clothes after Plaintiff has to ride her bike four or five blocks one way to go to the laundry mat. They also injection a dye and or a color in the veins and exposed them and also created some by taking a needle and injection ink and or color and made veins and swiggly lines that are blue and purple.

-The Plaintiff(s) are straight they have no gender issues, he has cruelly punished them for this and he has also injected rubber and other stuff into the arm pits to swell them and to upset Plaintiff(s) saneness.

-At Hughes Plaintiff was _____ by a _____. Laura Reeder _____ the _____ girl in the tea cup photo that your court was given and proven nicely and in codes for the purpose of intervention and complying with the laws for relieving victims.

- In one of **YGR's papers she knows about one of and or many of the violators** being crossed and or gross gender issues, homos and or lesbians. YGR was told that the scenario was created on one of the girls because the girl was already a mess, the feather light hammer no harm no injury no damage, the girl is a lesbian and a rapist scitopranic bipolar manic psychotic with sadistic psychosis and (Riveras) aka fictitious business names in LA she's a lunatic and a psychopath and a sociopath. It was made clear that it wasn't the girl it was a blond boy not a computer personality a real person violating a mindless vegetable with no idea and or clue. Other and more testimony about the girl's and scenario's and the innocence 100% of the girls.

-Note: Yesterday the Greek Yogurt was violated the violators (tapout) put the yogurt in his mouth, spit it back in the container and resealed it.

Greek Yogurt is firm not liquidy The Defendants on the case also use neutralizer spray when violating with foul.

19. Honorable Court, Contra Costa County as a whole also defaulted in their time to respond and they had plenty of time and all again were served correctly et all involved and they know who and all. Boton and Rotton Robbie Robbie Bangert who faked is death. Boton is from the Wheelers family.

20. Plaintiff(s) have exhausted so much funds on a limited income to get everything done correctly and has spent so much money on certified mail. Honorable Court: a reminder, the Plaintiff(s) family, children also are needing relief; these people didn't leave the Plaintiff alone when she was pregnant in 1990 and 1992. They gave her a bad time while pregnant and put her through hell.

21. The Courts were informed that 11/15/1992, her daughter almost died the day she was born, that's an attack by the violators/ the Defendants   (not Karma.)

-**Plus the Plaintiff(s) are Christian NOT Hinduism and or Buddhism.**

22. The Modesto Police Department also was summoned, they got the information they also didn't reply to the Complaint. They also haven't made any arrests of the violators, Plaintiff(s) have informed the Modesto PD of everything and made it clear to make arrests, the Plaintiff(s) also informed the State and Federal Government again, the VCGCB in 2012-2013 again denied the victims of help and said to start over with the legal remedies and said and knows that this has been going on since 2002 and before and still no relief.

23. Honorable Court, I have exhausted all remedies, I've tried to get attorneys, I've done everything for so long, mass years, my life is ruined, stolen, my life is _____, my abode forced to have _____ kids that's not my family. They stole my embryos my eggs, also the girls, their family and their husbands family.

-A beautiful tree created by the heavens, glory and honor, righteousness and truth, good will and purpose. The Life, Life, Life, Life and a Guaranteed Future. One of the girls 5/30/02 had her tubes tied though the vagina so there's no scars on the stomach, these girls have scars but not from a C-section. Gutting and internal technical control whether she can go potty or not, also internal attachments technical (RIB). Control Systems. <u>Another to add is the demising of premises has been going on for mass years,</u>

- Plaintiff got on the Section 8 program January 1, 2005. Since then she's had problems with intruders and switching trading and all of that demising no matter what town, Los Banos, Merced, Modesto, and now Contra Costa County. Laura Reeder and Royal Palms and Westcal Management Hermesh Lee Sangha put technology in the walls of

- 9 -

the apartment and on the outside of the premises on the property to add to the sever torture the plaintiff(s) were and are subjected to.

-Everything that's going on now is still and was in Contra Costa County in Pleasanthill, same violations (does inclusive I-V) so torture nonstop has been going on since 2011 and now it's 2015 although the Plaintiff has been violated and tortured all of her life.

-<u>The Plaintiff has so much documented Evidence to prove to the court and all in in order</u>, folders, one of the girls was **<u>lactating milk was coming out of the breasts</u>**,

-Plaintiffs last child was 11/15/1992.

-Gross Sick misconduct on the part of law enforcement, legal remedies and the County and their workers **medical and dental. Gross fraudulating of medical and mental health records and lies because of the Fictitious ( ) and their states of mind and gross mental illness that is not curable. Kidnappings and handcuffing and fraudulent 72 hour holds.**

<u>Court, the word health has the word heal; only the righteous heal not the wicked.</u>

-The Plaintiffs informed all that the people guilty of electronic harassment and or a part of this forbidden conspiracy where Ayera technologies and substantive law is concerned that when Plaintiff saw these people there's nothing physically wrong with them instead their mental states are a judgment from the heavens for destroying innocence and blamelessness.

<u>One of the guys at Hughes said "you murdered my wife"? what?</u>

<u>What, NO what is he talking about? The Plaintiffs havnever committed murder.</u>

**24.** The truth is absolutely now known the Plaintiff(s)(S) are innocent and have nothing to do with anything. One of the guys said "can we have your body"? NO!!! what?

**25. <u>Honorable Court</u>** recently Plaintiff filed a in light of and what's now known wasn't known then and a Declaration stating that, Plaintiff submitted correctly the filing and did black out as the norm in accord with the rules, the clerk's office mailed Plaintiff back the black out and the judge didn't summons the defendants et all known. YGR has been an **obstruction of relief justice and restitution including her staff, they have been rude and harsh. These Judges may have also kidnapped and given one of the children the same circle light judgment it's the death penalty although it's torture. (ORKL)!**

-10-

26. **Honorable Court**, Plaintiff along with this is also filing a complaint against this judge and the incompetence of the Judges gross disability.

27. Honorable Court, Plaintiff with this pleading will include what may have been taken and not filed, proof of torture and gross chattel slavery and involuntary servitude and torture sadistic torture. The people associated with Merrill Lynch and (ORKL) have committed the everlasting unforgivable sin in this life never to be forgiven and it's them not their victims.

* Victims don't turn into criminals and no one ever honestly plots and schemes to commit wrongs at least not the people I've always been associated with. Court I've been attending Christian meetings at the Kingdom Hall since infancy.

- Not ever was I aware of gross evil and gross cruelty and diabolic cruelty and gross evil wicked people with no conscience and never to be forgiven. Every God Forbid thing I've been through still doesn't fully register because I heal mentally well, solid, sane, due to the heavens. Not my power.

- One of the most cruelest things to add to everything is they've stalked to cause harm damage injury and ruin, they use everything good against everyday with their nonstop terrorism. Constant sabotage and opposition to life and daily living responsibility and the norm. The Defendant(s) interrogated in 2010 at Loughborough in Merced and **Plaintiff didn't have an attorney present.**

-They used everything against me and navigated me to Coolidge without my daughter (OA). Who absolutely relied upon me at the authoritive parental guidance and direction for her future. The Defendants destroy families and they don't and haven't stopped.

-These defendant's haven't been through what they've put the Plaintiff(s) and the girls through and the family and the children and everything they've done to the Plaintiff(s) the Plaintiff(s) **(havenever)** done. Truth, Honest.

28. Plaintiff in pleadings let (**YGR**) know **that the Defendant(s) the main one** needs to go to solitary confinement on death row and await execution for subjecting Plaintiff(s) to and the girls and all who are victims of what's known to what's forbidden and torture. This person who has subjected Plaintiff(s) to all of this has as mentioned (**NO conscience**) and what they do and what they've done is absolutely( **inconceivable beyond unforgivable**). (No human being is left in this wicked evil person.) (**Merciless and Diabolic Cruel). Also, they stole one of the ML does Ashley's (LIFE). ABODE! Family Her Family and Her Right to her Life and Her family.**

-11-

29. The truth is stated that the _____ has the means to cause death and when Judges execute without the benefit of a hearing and or a mandatory court proceeding they are beyond wrong and out of line. Worse to subject and to continue to subject an innocent person who's already had all of their life stolen is again forbidden. The truth about Jasmine(s) is known. Plaintiff(s) are and were innocent.

30. Honorable Court Please honestly and consciously forgive if ever Plaintiff may have offended, they are not judges and they aren't judging, they know the truth in the bible and they know the truth when it comes to their personal relationship with their creator in the heavens. Honest.

31. Honorable Court recently the Sheriffs Department in CCC sent me some information on a Legal Remedy in Chicago, due to the fact that a lot of harm was caused in and still a result of CCC I think that this person could also be associated with the subjecting me and the girls and the ML does and our children to life deprivation and now torture (ORKL).

32. Please Note: Plaintiff(s) want to be back at the San Francisco Court and or it's Jurisdiction. The Plaintiff(s) honestly feel to add to the prejudicial is also Gross Prejudice against the Plaintiff(s). Things started in Concord and the Judge was _____. His bailiff made the most rudest comment no matter how much the Plaintiff was being tortured that court said "This court is done with you" so rude with a bad voice. Creighton was harming and torturing and or allowed and went along with and new about control systems. He is associated with the jurisdiction of the Oakland Court. He was also technically doing what he was instructed with two fraudulent unlawful detainer cases to steal Plaintiff(s) housing voucher. He had a huge diamond earring in his left hear and then he took it out playing head games with the Plaintiff.

33. Gross plotting and gross scheming in advance because Plaintiff(s) ML does daughter was stolen and switched at the Santa Rita apartments when only 7 years of age (1999) and her son was almost murdered in 2001(cardiac arrest massive heart pounding thumping little boy heart attack). They gave the same stuff to Plaintiff at 1911 Hughes except is wasn't as bad as what they did to her son in 2001 and then lied on medical records to cover it up and or a switch and trade subjecting him to torture in a Bakersfield mental hospital with no way out and no way to call out. Rotten Dirty Garbage food and nonstop poking of filthy dirty needles to take blood and the pills kill and are garbage.

34. What is Contra Costa County to the Plaintiff(s) (the D) the defendants are guilty of destroying their victims and destroying people behind their back through a computer, Contrast, Contrast vision. Mindless, control violating the right to

self-control and using (two can play that game) ignorance and technology in order to accomplish something that will never be (catch 22). Don't put my hand on a light switch to turn off a light I didn't turn on and or to shut off a light not turned on or the turning on a light that's not going to come on because the light bulb is out. They technically violate God Right self-control a fruitage of righteousness and it being activeness in that person who is approved.

Plaintiff made it clear about some of the guys at Hughes who _____ at Coolidge in Modesto before navigating her up there due to (CS) and (P).

**Plaintiff(s) never committed crimes ever, Plaintiff(s) aren't criminals**. The Defendants who are now known are the people who have been destroying the Plaintiff(s) life.

Honorable Court Please see the Plaintiff(s) Birth Certificate and her photo of her who she is. When she was in her body

At the U.S. District Court in 2012 and in Pleasanthill she looks exactly like her photo that she has given to the court the only thing is; is that she is going to be 44 next month April 15, 2015. Since she's been tapped out and traded in chattel bodies and non stop for years subjected to torture the pleading for a right to relief isn't a crime and yet the Plaintiff is still battling with Courts and with Judges, and with these people.

At the start of a day and at the end of the day everyday the law and laws that govern all humanity is just do what is right.

Plaintiff(s) plead that this court please just do what is right and ordered by the Plaintiff her life is her property and no one else's. The Plaintiff is a victim and has rights to all the legal provisions that are in there proper places of order to provide legal remedies, equitable remedies, a and judicial remedies.

I declare under penalty of perjury and under the laws of the United States of America that the forgoing is true and correct.

Date: 4/13/2015

Melanie C Latronica, Plaintiff, Petitioner, Pro Se

# CERTIFICATE OF SERVICE/PROOF OF SERVICE

**Case Name:** Melanie C Latronica (CHATLS) aka does Inclusive I-V, Petitioner(s), Plaintiff(s)
VS.
**All Defendants on case # 14-cv-4257 (CW/YGR)**

- Petitions Honorable Court Chief District Judge and Chief Magistrate Judge of the and for the Northern District of California San Francisco Division and Oakland Division

**Case Number:** 14-cv-4257 (CW/YGR)

**Documents Served:**

- **Take Notice Judicial Addressed:**
  *Rule 8. 4: Misconduct* **Motion: Court Ordered Disqualification <u>of Judge YGR or Mandatory Recusal</u>** accompanied by <u>Motion for relief</u> from Judgment/Order/Affidavits in Support of…. <u>Request to reassign new judge to the case</u>   **Forbidden Torture**

**The Document was Served:** by First Class Mail by placing the sealed Document with the U.S. Postal Service with Postage fully paid and proof of receipt.

**The Document was sent to:** The United States District Court Northern District of California at:

- San Francisco Division                          Oakland Division   Attention Clerks Office
  450 Golden Gate Avenue, Box 36060              1301 Clay Street
  San Francisco, CA  94102-3489                  Oakland, CA  94612

**The Documents were mailed:** From the United States Post Office located at 715 Kearney Avenue Modesto, CA  95350

**Date for Document Service:** 4/13/2015

**Who served the Documents by mail with proof of receipt?**  I Melanie C Latronica; I served the Documents by placing them in a sealed envelope with postage fully paid and by placing them with the United States Postal Service in accord with their normal business practices.

- I declare under penalty of perjury under the laws of the United States of America that the forgoing information in this certificate of service is true and correct.

Signature: _Melanie C Latronica_   Date: 4/13/2015

Printed Name: Melanie C Latronica

Address: P.O. Box 727 Modesto CA 95353